# Petition Exhibit 2

Civil Investigative Demand to Derek J. Bartoli
(December 19, 2017)



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

DEC 20 2017

Office of the Secretary

CONFIDENTIAL

<u>Via Federal Express</u>

Derek J. Bartoli
1809 Lisa Lane
Kissimmee, FL 34744

    FTC Matter No. P0344412

Dear Mr. Bartoli:

    The Federal Trade Commission ("FTC") has issued the attached Civil Investigative Demand ("CID") asking for information as part of a non-public investigation. Our purpose is to determine whether you, the Subject Customers, as defined in the CID, and/or other affiliated individuals and entities, have engaged in practices that violate Section 5 of the Federal Trade Commission Act, 15 U.S.C. §45 and the Telemarketing Sales Rule, 16 C.F.R. § 310 *et seq.*, including initiating, causing the initiation, or assisting and facilitating the initiation of telemarketing sales calls that deliver prerecorded messages and/or use spoofed caller ID numbers, and whether Commission action to obtain monetary and injunctive relief would be in the public interest. Please read the attached documents carefully. Here are a few important points we would like to highlight:

1. **Contact FTC counsel, Ian L. Barlow (ibarlow@ftc.gov; 202-326-3120) as soon as possible to schedule an initial meeting to be held within 2 days.** You can meet in person or by phone to discuss any questions you have, including whether there are changes to how you comply with the CID that would reduce your cost or burden while still giving the FTC the information it needs. Please read the attached documents for more information about that meeting.

2. **You must immediately stop any routine procedures for electronic or paper document destruction, and you must preserve all paper or electronic documents** that are in any way relevant to this investigation, even if you believe the documents are protected from discovery by privilege or some other reason.

3. **The FTC will use information you provide in response to the CID for the purpose of investigating violations of the laws the FTC enforces.** We will not disclose the information under the Freedom of Information Act, 5 U.S.C. § 552. We may disclose the information in response to a valid request from Congress, or other civil or criminal federal, state, local, or foreign law enforcement agencies for their official law enforcement purposes. The FTC or other agencies may use and disclose

- 02 -

your response in any federal, state, or foreign civil or criminal proceeding, or if required to do so by law. However, we will not publicly disclose your information without giving you prior notice.

4. **Please read the attached documents closely.** They contain important information about how you should provide your response.

Please contact FTC counsel as soon as possible to set up an initial meeting. We appreciate your cooperation.

Very truly yours,

Donald S. Clark
Secretary of the Commission



United States of America
Federal Trade Commission

# CIVIL INVESTIGATIVE DEMAND

| 1. TO | 1a. MATTER NUMBER |
|---|---|
| Derek J. Bartoli<br>1809 Lisa Lane<br>Kissimmee, FL 34744 | P1623005 |

This demand is issued pursuant to Section 20 of the Federal Trade Commission Act, 15 U.S.C. § 57b-1, in the course of an investigation to determine whether there is, has been, or may be a violation of any laws administered by the Federal Trade Commission by conduct, activities or proposed action as described in Item 3.

**2. ACTION REQUIRED**

[X] You are required to appear and testify.

| LOCATION OF HEARING | YOUR APPEARANCE WILL BE BEFORE |
|---|---|
| United States Attorney's Office<br>400 W Washington St #3100<br>Orlando, FL 32801 | Ian Barlow or other duly designated person |
| | DATE AND TIME OF HEARING OR DEPOSITION |
| | FEB - 7 2018    9:00 AM |

[X] You are required to produce all documents described in the attached schedule that are in your possession, custody, or control, and to make them available at your address indicated above for inspection and copying or reproduction at the date and time specified below.

[X] You are required to answer the interrogatories or provide the written report described on the attached schedule. Answer each interrogatory or report separately and fully in writing. Submit your answers or report to the Records Custodian named in Item 4 on or before the date specified below.

[ ] You are required to produce the tangible things described on the attached schedule. Produce such things to the Records Custodian named in Item 4 on or before the date specified below.

DATE AND TIME THE DOCUMENTS, ANSWERS TO INTERROGATORIES, REPORTS, AND/OR TANGIBLE THINGS MUST BE AVAILABLE

**3. SUBJECT OF INVESTIGATION**

See attached Schedule and attached resolution.

| 4. RECORDS CUSTODIAN/DEPUTY RECORDS CUSTODIAN | 5. COMMISSION COUNSEL |
|---|---|
| Lois Greisman/Carol Jones<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW CC-8528<br>Washington, DC 20580 | Ian L. Barlow (202) 320-3126 ibarlow@ftc.gov<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW CC-8528<br>Washington, DC 20580 |

DATE ISSUED: 12/19/17    COMMISSIONER'S SIGNATURE

### INSTRUCTIONS AND NOTICES

The delivery of this demand to you by any method prescribed by the Commission's Rules of Practice is legal service and may subject you to a penalty imposed by law for failure to comply. The production of documents or the submission of answers and report in response to this demand must be made under a sworn certificate, in the form printed on the second page of this demand, by the person to whom this demand is directed or, if not a natural person, by a person or persons having knowledge of the facts and circumstances of such production or responsible for answering each interrogatory or report question. This demand does not require approval by OMB under the Paperwork Reduction Act of 1980.

### PETITION TO LIMIT OR QUASH

The Commission's Rules of Practice require that any petition to limit or quash this demand be filed within 20 days after service, or, if the return date is less than 20 days after service, prior to the return date. The original and twelve copies of the petition must be filed with the Secretary of the Federal Trade Commission, and one copy should be sent to the Commission Counsel named in Item 5.

### YOUR RIGHTS TO REGULATORY ENFORCEMENT FAIRNESS

The FTC has a longstanding commitment to a fair regulatory enforcement environment. If you are a small business (under Small Business Administration standards), you have a right to contact the Small Business Administration's National Ombudsman at 1-888-REGFAIR (1-888-734-3247) or www.sba.gov/ombudsman regarding the fairness of the compliance and enforcement activities of the agency. You should understand, however, that the National Ombudsman cannot change, stop, or delay a federal agency enforcement action.

The FTC strictly forbids retaliatory acts by its employees, and you will not be penalized for expressing a concern about these activities.

### TRAVEL EXPENSES

Use the enclosed travel voucher to claim compensation to which you are entitled as a witness for the Commission. The completed travel voucher and this demand should be presented to Commission Counsel for payment. If you are permanently or temporarily living somewhere other than the address on this demand and it would require excessive travel for you to appear, you must get prior approval from Commission Counsel.

A copy of the Commission's Rules of Practice is available online at http://bit.ly/FTCSRulesofPractice. Paper copies are available upon request.

FTC Form 144 (rev 11/17)

FTC Petition, Exhibit 2

## Form of Certificate of Compliance*

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature _____

Title _____

Sworn to before me this day

_____   _____

_____
Notary Public

_____

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible. In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

FTC Form **144-Back** (rev. 11/17)

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:     Edith Ramirez, Chairwoman
                   Maureen K. Ohlhausen
                   Terrell McSweeny

RESOLUTION DIRECTING USE OF COMPULSORY PROCESS IN A NONPUBLIC INVESTIGATION OF TELEMARKETERS, SELLERS, SUPPLIERS, OR OTHERS

File No. 012 3145

Nature and Scope of Investigation:

To determine whether unnamed telemarketers, sellers, or others assisting them have engaged or are engaging in: (1) unfair or deceptive acts or practices in or affecting commerce in violation of Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45 (as amended); and/or (2) deceptive or abusive telemarketing acts or practices in violation of the Commission's Telemarketing Sales Rule, 16 C.F.R. pt 310 (as amended), including but not limited to the provision of substantial assistance or support — such as mailing lists, scripts, merchant accounts, and other information, products, or services — to telemarketers engaged in unlawful practices. The investigation is also to determine whether Commission action to obtain monetary relief would be in the public interest.

The Federal Trade Commission hereby resolves and directs that any and all compulsory processes available to it be used in connection with this investigation for a period not to exceed five years from the date of issuance of this resolution. The expiration of this five-year period shall not limit or terminate the investigation or the legal effect of any compulsory process issued during the five-year period. The Federal Trade Commission specifically authorizes the filing or continuation of actions to enforce any such compulsory process after the expiration of the five-year period.

Authority to Conduct Investigation:

Sections 6, 9, 10, and 20 of the Federal Trade Commission Act, 15 U.S.C. §§ 46, 49, 50, 57b-1 (as amended); and FTC Procedures and Rules of Practice, 16 C.F.R. §§ 1.1 et seq. and supplements thereto.

By direction of the Commission.   *Donald S. Clark*
                                   Donald S. Clark
                                   Secretary

Issued: April 1, 2016

FEDERAL TRADE COMMISSION ("FTC")
CIVIL INVESTIGATIVE DEMAND ("CID") SCHEDULE
FTC File No. 1623005

**Meet and Confer:** You must contact FTC counsel, Ian Barlow (202-326-3120; ibarlow@ftc.gov), as soon as possible to schedule a meeting (telephonic or in person) to be held within fourteen (14) days after you receive this CID. At the meeting, you must discuss with FTC counsel any questions you have regarding this CID or any possible CID modifications that could reduce your cost, burden, or response time yet still provide the FTC with the information it needs to pursue its investigation. The meeting also will address how to assert any claims of protected status (e.g., privilege, work-product, etc.) and the production of electronically stored information. You must make available at the meeting personnel knowledgeable about your information or records management systems, your systems for electronically stored information, custodians likely to have information responsive to this CID, and any other issues relevant to compliance with this CID.

**Document Retention:** You must retain all documentary materials used in preparing responses to this CID. The FTC may require the submission of additional documents later during this investigation. **Accordingly, you must suspend any routine procedures for document destruction and take other measures to prevent the destruction of documents** that are in any way relevant to this investigation, even if you believe those documents are protected from discovery. *See* 15 U.S.C. § 50; *see also* 18 U.S.C. §§ 1505, 1519.

**Sharing of Information:** The FTC will use information you provide in response to the CID for the purpose of investigating violations of the laws the FTC enforces. We will not disclose such information under the Freedom of Information Act, 5 U.S.C. § 552. We also will not disclose such information, except as allowed under the FTC Act (15 U.S.C. § 57b-2), the Commission's Rules of Practice (16 C.F.R. §§ 4.10 & 4.11), or if required by a legal obligation. Under the FTC Act, we may provide your information in response to a request from Congress or a proper request from another law enforcement agency. However, we will not publicly disclose such information without giving you prior notice.

**Manner of Production:** You may produce documentary material or tangible things by making them available for inspection and copying at your principal place of business. Alternatively, you may send all responsive documents and tangible things to **Carol Jones, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mail Stop CC-8528, Washington, DC 20580.** If you are sending the materials, use a courier service such as Federal Express or UPS because heightened security measures delay postal delivery to the FTC. You must inform FTC counsel by email or telephone of how you intend to produce materials responsive to this CID at least five days before the return date.

**Certification of Compliance:** You or any person with knowledge of the facts and circumstances relating to the responses to this CID must certify that such responses are complete by completing the "Form of Certificate of Compliance" set forth on the back of the CID form or by signing a declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

**Certification of Records of Regularly Conducted Activity:** Attached is a Certification of Records of Regularly Conducted Activity. Please execute and return this Certification with your response. Completing this certification may reduce the need to subpoena you to testify at future proceedings to establish the admissibility of documents produced in response to this CID.

**Definitions and Instructions:** Please review carefully the Definitions and Instructions that appear after the Specifications and provide important information regarding compliance with this CID.

## SUBJECT OF INVESTIGATION

Whether the recipient of this CID, the Subject Customers, as defined below, and/or other affiliated individuals and entities, have engaged in practices that violate Section 5 of the Federal Trade Commission Act, 15 U.S.C. §45 and the Telemarketing Sales Rule, 16 C.F.R. § 310 *et seq.*, including initiating, causing the initiation, or assisting and facilitating the initiation of telemarketing sales calls that deliver prerecorded messages and/or use spoofed caller ID numbers, and whether Commission action to obtain monetary and injunctive relief would be in the public interest. See also attached resolution.

## SPECIFICATIONS

**Applicable Time Period:** Unless otherwise directed, the applicable time period for the requests set forth below is from **January 1, 2015 until the date of full and complete compliance with this CID.**

In the requests below, the "**Subject Customers**" are any individuals, businesses, or entities on whose behalf you initiated, caused the initiation of, or assisted the initiation of Telemarketing calls for the purpose of promoting, advertising, marketing, or selling cruise tickets or vacation travel packages, including identifying individuals potentially interested in cruise tickets.

A.  **Requests for Production of Documents**

   1. Audio files containing all Prerecorded Messages included in, delivered with or through, or played as part of any Outbound Telephone Calls dialed for, by, on behalf of the Subject Customers.

   2. All scripts and drafts of scripts for Prerecorded Messages included in, delivered with or through, or played as part of any Outbound Telephone Calls dialed for, by, on behalf of the Subject Customers.

   3. All sales scripts and drafts of sales scripts used by you in Telemarketing (including both inbound and outbound telemarketing) related to the Subject Customers.

   4. All of your contracts, terms of service, written agreements with, and all invoices to or from any of the Subject Customers.

5. All of your contracts, terms of service, written agreements with, and all invoices to or from any business or individual providing you or any of the Subject Customers with the following services: Voice Broadcasting, Lead Generation, Caller Identification Service, automated dialing, direct inbound dialing, or data brokerage services.

6. All Communications with any business or individual relating to Telemarketing, Voice Broadcasting, Lead Generation, Caller Identification Service, automated dialing, direct inbound dialing, or data brokerage services provided by you or any other business or individual to the Subject Customers.

7. All Communications between you and any of the Subject Customers related to:

    a. Telemarketing, Voice Broadcasting, Lead Generation, Caller Identification Service, automated dialing, direct inbound dialing, or data brokerage services;

    b. The sale, promotion, advertisement, or marketing of tickets for a cruise or vacation travel packages, including efforts to identify individuals potentially interested in purchasing tickets on a cruise; or

    c. Consumer complaints, inquiries from any Better Business Bureau, cease and desist letters, actual, or threatened litigation.

    d. Inquiries, subpoenas, or other investigative demands by state or federal law enforcement agencies about unwanted sales calls or unlawful Telemarketing.

8. All documents related to complaints (and responses thereto) about any unwanted sales or Telemarketing calls, deceptive business practices (such as impersonating another company), overbilling, refusals to provide refunds, refusals to honor cruise tickets or vacation travel packages, or any complaints about the Subject Customers, including:

    a. Complaints from consumers;

    b. Complaints from the Better Business Bureau;

    c. Cease and desist letters, threats of lawsuits, or actual law suits;

    d. Inquiries, subpoenas, or other investigative demands from state or federal law enforcement agencies.

9. Your written policies and procedures for compliance with the Telemarketing Sales Rule, 16 C.F.R. § 310 *et seq.*

10. All other documents related to your compliance with or violation of the Telemarketing Sales Rule, 16 C.F.R. § 310 *et seq.* in connection with services rendered to the Subject Customers.

B. **Requests for Answers to Interrogatories**

1. Identify all businesses and individuals to whom you have provided any services or assistance concerning any Subject Customer.

2. For any businesses or individual that has paid you for providing services or assistance to any Subject Customer, provide the means and source of payment (such as the name of the payor, the name of the financial institution, and bank account and routing number information or credit card number).

3. For each Subject Customer, provide:

   a. That Subject Customer's name, address, telephone number, and website;
   b. The names, telephone numbers, and email addresses of all individuals, businesses, or entities that have communicated with you on behalf of that Subject Customer;
   c. A description of all services you provided to that Subject Customer;
   d. The means and source of payment used to pay you for services rendered to that Subject Company (such as the name of the payor, the name of the financial institution, and bank account and routing number information or credit card number);
   e. That Subject Customer's employee(s) or agent(s) responsible for compliance with the Telemarketing Sales Rule.

4. For all Outbound Telephone Calls dialed for, by, or on behalf of any Subject Customer, Identify:

   a. All vendors or third-parties that provided any technical assistance, software, servers, caller ID numbers, or other support in using the automated dialing technology;
   b. The URL at which the Company logs in to update, adjust settings, load caller ID lists, load lists of numbers to call, loads prerecorded messages, or start automated dialing calls;
   c. The IP address of the server that hosts the automated dialing software;
   d. The business or individual that owns the server that hosts the automated dialing software; and
   e. The business or individual that provides VoIP lines to place the Outbound Telephone Calls.

-4-

5. Identify all lawsuits against you and government investigations of you, related to: (a) Telemarketing; (b) automated dialing; or (c) the Subject Customers.

6. Identify your role or relationship with "Medical Alarms," including whether you are an officer, owner, employee, contractor, or agent of the company.

7. For the business called "Medical Alarms," identify all of its principals, owners, members or stockholders with five percent or more ownership of the company, officers, directors, managers, and any other individual with actual, implied, or *de facto*, authority to control the company's business practices.

8. Identify the name of all banks and financial institutions with which "Medical Alarms" has maintained any depository or credit accounts during the applicable time period, and provide all bank account and credit card numbers.

9. Identify all businesses that engage in Telemarketing or automated dialing in which you are a principal, owner, member or stockholder with five percent or more ownership of the company, officer, director, manager, or have actual, implied, or *de facto*, authority to control the company's business practices.

C. **Topics for Testimony at Investigational Hearing**

1. Your background, which includes without limitation your age, education, training, residence, employment history, prior and current work in Telemarketing and automated dialing, prior and current work in the cruise or travel industry, prior and current work for "Medical Alarms," and current and prior relationship to each Subject Customer(s).

2. The above Requests for the Production of Documents and your responses thereto.

3. The above Interrogatories and your responses thereto.

4. Your clients, customers, and vendors involved in the sale, marketing, advertising, and promotion of cruise tickets or travel vacation packages.

5. Without regard to time period, your compliance with the Telemarketing Sales Rule.

6. Without regard to time period, your prior responses to state or federal law enforcement investigations or inquiries.

7. Without regard to time period, the identity, location, ownership, formation, and management of the company known as "Medical Alarms," and the individuals.

8. Without regard to time period, your relationship and contacts with the Subject Customers, the Port of Palm Beach, and/or the MV Celebration Cruise Ship or its owners.

## DEFINITIONS

The following definitions apply to this CID:

D-1. "**You**," or "**Your**" means Derek Bartoli.

D-2. "**Document**" means the complete original, all drafts, and any non-identical copy, whether different from the original because of notations on the copy, different metadata, or otherwise, of any item covered by 15 U.S.C. § 57b-1(a)(5), 16 C.F.R. § 2.7(a)(2), or Federal Rule of Civil Procedure 34(a)(1)(A).

D-3. "**Identify**" or "**the identity of**" requires identification of (a) natural persons by name, title, present business affiliation, present business address, telephone number, and email address or, if a present business affiliation or present business address is not known, the last known business and home addresses; and (b) businesses or other organizations by name, address, and the identities of your contact persons at the business or organization.

D-4. "**Advertisement**" or "**Advertising**" or "**Ad**" means any written or verbal statement, illustration, or depiction that promotes the sale of a good or service or is designed to increase consumer interest in a brand, good, or service. Advertising media includes, but is not limited to: packaging and labeling; promotional materials; print; television; radio; and Internet, social media, and other digital content.

D-5. "**Communication**" means any written or verbal statement, including without limitation emails (including emails on which the Company was copied or blind copied), text messages, skype instant messages, online chat messages, and messages delivered through any smart phone application.

D-6. "**Lead Generation**" means providing, in exchange for consideration, consumer information, such as telephone numbers, to a third-party for use in the marketing or sale of goods or services.

D-7. "**Voice Broadcasting**" means initiating telephone calls to send, or providing software or support to others to allow the others to send, prerecorded messages to answering machines, voice mail systems, or persons, but does not include: (1) delivering messages designed to induce voting or the donation or gift of money or other thing of value to promote the success of a political party, committee or campaign; or (2) delivering emergency or alert messages from a government authority.

D-8. "**Caller Identification Service**" means a service that allows a telephone subscriber to have the telephone number, and, where available, name of the calling party transmitted.

D-9. "**Outbound Telephone Call**" means a telephone call initiated by a Telemarketer to induce the purchase of goods or services or to solicit a charitable contribution, including a telephone call initiated to deliver a recorded message describing sales events, encourage visits to retail stores, or promote online sales.

D-10. **"Telemarketer"** shall mean any person who, in connection with telemarketing, initiates or receives telephone calls to or from consumers.

D-11. **"Telemarketing"** shall mean a plan, program, or campaign which is conducted to induce the purchase of goods or services or a charitable contribution, by use of one or more telephones and which involves more than one interstate telephone call.

D-12. **"National Do Not Call Registry"** shall mean the registry of telephone numbers maintained by the Commission as set forth in 16 C.F.R. § 310.4(b)(1)(iii)(B).

D-13. **"Entity-Specific Do Not Call List"** shall mean a list of telephone numbers or persons maintained by the Company or any entity acting on behalf of the Company from which the Company or any entity acting on behalf of the Company has received a Do Not Call Request.

## INSTRUCTIONS

I-1. **Petitions to Limit or Quash:** You must file any petition to limit or quash this CID with the Secretary of the FTC no later than twenty (20) days after service of the CID, or, if the return date is less than twenty (20) days after service, prior to the return date. Such petition must set forth all assertions of protected status or other factual and legal objections to the CID and comply with the requirements set forth in 16 C.F.R. § 2.10(a)(1) – (2). **The FTC will not consider petitions to quash or limit if you have not previously met and conferred with FTC staff and, absent extraordinary circumstances, will consider only issues raised during the meet and confer process.** 16 C.F.R. § 2.7(k); *see also* § 2.11(b). **If you file a petition to limit or quash, you must still timely respond to all requests that you do not seek to modify or set aside in your petition.** 15 U.S.C. § 57b-1(f); 16 C.F.R. § 2.10(b).

I-2. **Withholding Requested Material / Privilege Claims:** If you withhold from production any material responsive to this CID based on a claim of privilege, work product protection, statutory exemption, or any similar claim, you must assert the claim no later than the return date of this CID, and you must submit a detailed log, in a searchable electronic format, of the items withheld that identifies the basis for withholding the material and meets all the requirements set forth in 16 C.F.R. § 2.11(a) – (c). The information in the log must be of sufficient detail to enable FTC staff to assess the validity of the claim for each document, including attachments, without disclosing the protected information. If only some portion of any responsive material is privileged, you must submit all non-privileged portions of the material. Otherwise, produce all responsive information and material without redaction. 16 C.F.R. § 2.11(c). The failure to provide information sufficient to support a claim of protected status may result in denial of the claim. 16 C.F.R. § 2.11(a)(1).

I-3. **Modification of Specifications:** The Bureau Director, a Deputy Bureau Director, Associate Director, Regional Director, or Assistant Regional Director must agree in writing to any modifications of this CID. 16 C.F.R. § 2.7(l).

I-4. **Scope of Search:** This CID covers documents and information in your possession or under your actual or constructive custody or control, including documents and information in the possession, custody, or control of your attorneys, accountants, directors, officers, employees,

service providers, and other agents and consultants, whether or not such documents or information were received from or disseminated to any person or entity.

I-5. **Identification of Responsive Documents**: For specifications requesting production of documents, you must identify in writing the documents that are responsive to the specification. Documents that may be responsive to more than one specification of this CID need not be produced more than once. If any documents responsive to this CID have been previously supplied to the FTC, you may identify the documents previously provided and the date of submission.

I-6. **Maintain Document Order**: You must produce documents in the order in which they appear in your files or as electronically stored. If documents are removed from their original folders, binders, covers, containers, or electronic source, you must specify the folder, binder, cover, container, or electronic media or file paths from which such documents came.

I-7. **Numbering of Documents**: You must number all documents in your submission with a unique identifier such as a Bates number or a document ID.

I-8. **Production of Copies**: Unless otherwise stated, you may submit copies in lieu of original documents if they are true, correct, and complete copies of the originals and you preserve and retain the originals in their same state as of the time you received this CID. Submission of copies constitutes a waiver of any claim as to the authenticity of the copies should the FTC introduce such copies as evidence in any legal proceeding.

I-9. **Production in Color**: You must produce copies of advertisements in color, and you must produce copies of other materials in color if necessary to interpret them or render them intelligible.

I-10. **Electronically Stored Information**: See the attached FTC Bureau of Consumer Protection Production Requirements ("Production Requirements"), which detail all requirements for the production of electronically stored information to the FTC. You must discuss issues relating to the production of electronically stored information with FTC staff **prior to** production.

I-11. **Sensitive Personally Identifiable Information ("Sensitive PII") or Sensitive Health Information ("SHI")**: If any materials responsive to this CID contain Sensitive PII or SHI, please contact FTC counsel before producing those materials to discuss whether there are steps you can take to minimize the amount of Sensitive PII or SHI you produce, and how to securely transmit such information to the FTC.

Sensitive PII includes an individual's Social Security number; an individual's biometric data (such as fingerprints or retina scans, but not photographs); and an individual's name, address, or phone number in combination with one or more of the following: date of birth, Social Security number, driver's license or state identification number (or foreign country equivalent), passport number, financial account number, credit card number, or debit card number. SHI includes medical records and other individually identifiable health information relating to the past, present, or future physical or mental health or conditions of an individual, the

provision of health care to an individual, or the past, present, or future payment for the provision of health care to an individual.

I-12.   **Interrogatory Responses:** For specifications requesting answers to written interrogatories, answer each interrogatory and each interrogatory subpart separately and fully, in writing, and under oath.

I-13.   **Submission of Documents in Lieu of Interrogatory Answers:** You may answer any written interrogatory by submitting previously existing documents that contain the information requested in the interrogatory so long as you clearly indicate in each written interrogatory response which documents contain the responsive information. For any interrogatory that asks you to identify documents, you may, at your option, produce the documents responsive to the interrogatory so long as you clearly indicate the specific interrogatory to which such documents are responsive.

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1. I, Derek Bartoli, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by Derek Bartoli and attached hereto.

3. The documents produced and attached hereto by Derek Bartoli are originals or true copies of records of regularly conducted activity that:

    a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b) Were kept in the course of the regularly conducted business activity; and

    c) Were made by the regularly conducted activity as a regular business practice.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____          _____
                                                                        Signature