UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Federal Trade Commission,**

    Petitioner,

    v.

**Derek J. Bartoli,**

    Respondent.

Misc. No. 6:18-mc-00027-PGB-GJK

**FEDERAL TRADE COMMISSION'S NOTICE OF STATUS**

The Federal Trade Commission respectfully provides the Court this notice of the status of this matter:

1. On June 28, 2018, Respondent Derek J. Bartoli produced documents and interrogatory answers in response to the Commission's Civil Investigative Demand. Commission staff is currently reviewing this information and takes no position at this time whether Mr. Bartoli has fully complied with these specifications.

2. Mr. Bartoli has also not yet testified on the topics identified in the CID. Through counsel, Mr. Bartoli has agreed to appear for testimony in Fort Lauderdale on Thursday, July 26, 2018. The FTC is currently making arrangements for this testimony in the expectation Mr. Bartoli will honor this commitment.

                          Respectfully submitted,

                          ALDEN F. ABBOTT
                          Acting General Counsel

                          LESLIE RICE MELMAN
                          Assistant General Counsel for Litigation

                          */s/ Burke W. Kappler*
                          BURKE W. KAPPLER
                          Attorney, Office of the General Counsel
                          FEDERAL TRADE COMMISSION
                          600 Pennsylvania Ave., N.W.
                          Washington, D.C. 20580
                          (202) 326-2043
                          (202) 326-2477 (fax)
Dated: July 11, 2018            bkappler@ftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, I served the foregoing Notice of Status by filing it with the CM/ECF system for the Middle District of Florida, which provides a notification to all counsel appearing in this matter.

/s/ Burke W. Kappler
BURKE W. KAPPLER