# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**Federal Trade Commission,**

    Petitioner,

    v.

**Derek J. Bartoli,**

    Respondent.

Misc. No. 6:18-mc-00027-PGB-GJK

## FEDERAL TRADE COMMISSION'S NOTICE OF STATUS

The Federal Trade Commission respectfully provides the Court this notice of the status of this matter:

1. On July 26, 2018, Respondent Derek J. Bartoli appeared with his counsel Andrew Cove and provided testimony to Federal Trade Commission staff attorneys during an investigational hearing at the United States Attorney's Office in Fort Lauderdale, Florida.

2. During the course of that hearing, Mr. Bartoli provided information that indicated he likely possessed documents and information responsive to the CID that he had not yet produced. Specifically, Mr. Bartoli stated that he possessed additional information responsive to interrogatories 2 and 3 in the Civil Investigative Demand. Mr. Bartoli offered to supplement these responses and

further offered to provide additional documents and information related to the subjects discussed in his testimony.

3. On August 4, Mr. Cove produced to FTC staff the documents and information promised by Mr. Bartoli, along with a second certificate attesting to his compliance with the CID.

4. At this time, based on the information provided by Mr. Bartoli and his counsel to date, the FTC is not aware of any other information that is within Mr. Bartoli's possession, custody, and control and that is responsive to the CID that he has not produced to the FTC. Accordingly, the FTC is evaluating whether to voluntarily dismiss this proceeding and proposes to advise the Court on or before August 17, 2018.

        Respectfully submitted,

        ALDEN F. ABBOTT
        Acting General Counsel

        LESLIE RICE MELMAN
        Assistant General Counsel for Litigation

        */s/ Burke W. Kappler*
        BURKE W. KAPPLER
        Attorney, Office of the General Counsel
        FEDERAL TRADE COMMISSION
        600 Pennsylvania Ave., N.W.
        Washington, D.C. 20580
        (202) 326-2043
        (202) 326-2477 (fax)
Dated: August 6, 2018        bkappler@ftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I served the foregoing Notice of Status by filing it with the CM/ECF system for the Middle District of Florida, which provides a notification to all counsel appearing in this matter.

/s/ Burke W. Kappler
BURKE W. KAPPLER